COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-319-CV

HALL'S PHARMACY, INC., HALL'S IV              APPELLANTS

& INSTITUTIONAL PHARMACY, INC., 

THE MEDICINE STORE, INC., 

IGA/MEDICINE STORE PHARMACY, INC., 

AND LEWIS A. HALL, JR.

V.

D & K HEALTHCARE RESOURCES, INC.         APPELLEES

AND MCKESSON MEDICAL-SURGICAL, INC.
 

----------

FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “Joint Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by appellants
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.  

DELIVERED:  November 20, 2008  

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.